IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-01803-WDM
(Criminal Action No. 06-cr-00469-WDM-1)

UNITED STATES OF AMERICA,

v.

HOWARD DAVIS,

    Movant.

---

ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before <u>September 26, 2008</u>, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated: <u>August 28, 2008</u>

BY THE COURT:

s/ Walker D. Miller

_____
WALKER D. MILLER
Senior United States District Judge